**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Earl VAUGHN, Defendant— Appellant.**

**No. 06–10437.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 19, 2007.

Robert L. Ellman, Esq., William R. Reed, Esq., USLV–Office of the U.S. At-

---

* This panel unanimously finds this case suitable for decision without oral argument. See

torney, Lloyd George Federal Bldg., Las Vegas, NV, for Plaintiff–Appellee.

Chad A. Bowers, Esq., Law Offices of Chad A. Bowers, Ltd., Las Vegas, NV, for Defendant–Appellant.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

### MEMORANDUM [**]

John Earl Vaughn appeals from his conviction and the 96–month sentence imposed following his guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Vaughn's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief was filed.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Vaughn knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**